UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTIN ROY FELDMAN,

        Plaintiff,

v.

POKERTEK, INC.,

        Defendant.

2:09-CV-1598 JCM (LRL)

**ORDER**

        Presently before the court is defendant Pokertek Inc.'s (hereinafter "Pokertek") motion to reconsider magistrate judge's order. (Doc. # 27). Plaintiff Marvin Roy Feldman filed an opposition. (Doc # 28). Although defendant's reply deadline was August 1, 2010, defendant has failed to file a reply.

        Defendant Pokertek is requesting that this court reconsider Magistrate Judge Leavitt's order (doc. #26) on a motion to extend discovery deadlines. In a previous scheduling order, Magistrate Judge Leavitt extended fact discovery deadlines, but did not find the defendant had demonstrated good cause to extend the expert designation deadline "in order [to] retroactively declare defendant's expert designation timely." (Doc. # 26.).

        Pursuant to Fed. R. Civ. P. 60(b) reconsideration may be granted only upon a showing of (1) mistake, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) extraordinary circumstances which would justify relief. According to Local Rule 26-4, a motion to extend a discovery deadline must be supported by a showing of good cause for the extension.

**James C. Mahan**
**U.S. District Judge**

Defendant Pokertek requests that language in the scheduling order regarding the timeliness of its expert designation be removed because it asserts it was not part of the original motion to extend deadlines. However, this court finds that defendant has not shown good cause pursuant to Fed. R. Civ. P. 60(b) to amend or reconsider the magistrate judge's order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Pokertek's motion to reconsider magistrate judge's order (doc. #27) be, and the same hereby is, DENIED.

DATED August 23, 2010.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -