Howard & Howard Attorneys PLLC
Thomas W. Davis, II, Esq., Bar No. 2531
James A. Kohl, Bar No. 5692
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567.1568
jkohl@howardandhoward.com
*Attorneys for PokerTek, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MARVIN ROY FELDMAN,

    Plaintiff,

POKERTEK, INC., a North Carolina corporation,

    Defendant.

Case No.: 2:09-CV-01598

### STIPULATION AND ORDER TO EXTEND TIME TO FILE PRETRIAL ORDER

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Marvin Roy Feldman ("Feldman"), by and through counsel, the law firm of Gordon Silver, and Defendant PokerTek, Inc., ("PokerTek"), by and through counsel, the law firm of Howard & Howard Attorneys PLLC, that the deadline for filing of the parties' Joint Pretrial Order, now set for March 31, 2011 pursuant to the Court's November 17, 2010 Order (Doc. 36), should be extended to April 30, 2011, to enable the parties to resolve certain discovery issues,

. . . .

. . . .

. . . .

. . . .

. . . .

1780782

including document disclosures that may be designated and discussed as trial exhibits, and to thereby provide the Court with a more complete Pretrial Order.

Dated this 31st day of March, 2011.                    Dated this 31st day of March, 2011.

GORDON SILVER                                          HOWARD & HOWARD ATTORNEYS PLLC

/s/ Kenneth E. Hogan                                   /s/ James A. Kohl
Eric R. Olsen, Esq.                                    James A. Kohl, Esq.
Kenneth E. Hogan, Esq.                                 Thomas W. Davis, II, Esq.
3960 Howard Hughes Pkwy, 9th Floor                     3800 Howard Hughes Pkwy, Ste 1400
Las Vegas, NV 89169                                    Las Vegas, NV 89169

IT IS HEREBY ORDERED, this __4th__ day of __April_____, 2011

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:
HOWARD & HOWARD ATTORNEYS PLLC

/s/ James A. Kohl
James A. Kohl, Esq.
NV Bar No.: 5692
Thomas W. Davis, II, Esq.
NV Bar No.: 2531
3800 Howard Hughes Pkwy, Ste 1400
Las Vegas, NV 89169
(702) 257-1483
Attorneys for Defendant

1780782