# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARVIN ROY FELDMAN, | 2:09-cv-01598-JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | [Motion to Enforce Settlement Agreement (#83)] |
| POKERTEK, INC., | |
| Defendant. | |

Presently before the court is Defendant's Motion to Enforce Settlement Agreement (#83). Plaintiff filed his Opposition to Pokertek, Inc.'s Motion to Enforce Settlement Agreement (#84), and Defendant filed its Reply in Support of Pokertek's Motion to Enforce Settlement Agreement (#85). On March 26, 2013, Plaintiff filed the Notice of Withdrawal of Opposition and Consent to Enforce Settlement (#87).

IT IS HEREBY ORDERED that the Motion to Enforce Settlement Agreement (#83) is GRANTED.

IT IS FURTHER ORDERED that the Stipulation for Dismissal must be filed on or before noon, Friday, March 29, 2013.

Dated this 26th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE