GORDON SILVER
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
KENNETH E. HOGAN
Nevada Bar No. 10083
Email: khogan@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN ROY FELDMAN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>POKERTEK, INC., a North Carolina corporation,<br><br>　　　　　　　　Defendant. | CASE NO. 09-cv-01598 JCM-LRL<br><br>**STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Marvin Roy Feldman ("Feldman"), by and through his counsel, the law firm of Gordon Silver, and Defendant PokerTek, Inc. ("PokerTek"), by and through its counsel, the law firm of Howard & Howard Attorneys PLLC, that the above-captioned action may be dismissed with prejudice, given the

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102169-001/1869615

1 of 2

entry of the Court's Order (Doc. 88) granting Pokertek's Motion to Enforce Settlement (Doc. 83), and directing the named parties to file this Stipulation on or before Noon, March 29, 2013.

DATED this ____ day of March, 2013.  DATED this ____ day of March, 2013.

/s/ Kenneth E. Hogan  /s/ Thomas W. Davis
ERIC R. OLSEN, ESQ.  THOMAS W. DAVIS, II, ESQ.
KENNETH E. HOGAN, ESQ.  JAMES A. KOHL, ESQ.
3960 Howard Hughes Pkwy., 9th Floor  3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169  Las Vegas, NV 89169
Attorneys for Plaintiff  Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice.

IT IS SO ORDERED March 29, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:

GORDON SILVER

/s/ Kenneth E. Hogan
ERIC R. OLSEN
Nevada Bar No. 3127
KENNETH E. HOGAN
Nevada Bar No. 10083
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555
Attorneys for Plaintiff

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102169-001/1869615

2 of 2