**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MARVIN ROY FELDMAN, | |
| Plaintiff, | 2:09-cv-01598-JCM-VCF |
| vs. | **ORDER** |
| POKERTEK, INC., | |
| Defendant. | |

Before the Court is *Marvin Roy Feldman v. Pokertek, Inc.*, case no. 2:09-cv-01598-JCM-VCF.

On July 30, 2013, plaintiff Marvin Roy Feldman filed a second Motion to Enforce Settlement (#94). In its July 19, 2013 Order (#93) the court struck Mr. Feldman's first Motion to Enforce Settlement, pursuant to Local Rule IA 10-6(a) because Mr. Feldman is represented by the law firm of Gordon & Silver in this case. Since his lawyers did not file the first Motion to Enforce Settlement, it was stricken.

In his second motion, Mr. Feldman represents that, on Friday July 28, 2013, he received an e-mail from Mr. Greg Gorman, Gordon & Silver's managing partner. Mr. Feldman reports that Mr. Gorman stated in his e-mail, "the legal representation for which you retained Gordon Silver has ended. It is apparent that Gordon Silver cannot and will not represent you in any manner. To be clear, Gordon Silver is no longer your attorney in any matter and Gordon Silver's representation of you has terminated." (#94 at 1).

If Mr. Feldman's representation is true, the Court directs Mr. Olsen or Mr. Hogan, the Gordon & Silver attorneys of record in this case, to file a motion to withdraw, which will be addressed by the undersigned magistrate judge forthwith.

Once the Court record reflects the withdrawal of Mr. Olsen and Mr. Hogan in accordance with this court's rules, the Court will address Mr. Feldman's second Motion to Enforce Settlement Agreement (#94).  Local Rule IA 10-6(b).

DATED this 2nd day of August, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE